

Priority ____
Send ____
Clsd ____
Enter ____
JS-5/JS-6 ____
JS-2/JS-3 ____

1  Theodore S. Maceiko (State Bar No. 150211)
   tsmaceiko@jonesday.com
2  Anna E. Raimer (State Bar No. 234794)
   aeraimer@jonesday.com
3  JONES DAY
   555 South Flower Street, Fiftieth Floor
4  Los Angeles, CA 90071-2300
   Telephone:  (213) 489-3939
5  Facsimile:   (213) 243-2539

6  Attorneys for Plaintiff
   EDELBROCK CORPORATION

7

FILED
CLERK, U.S. DISTRICT COURT

JUL  8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  EDELBROCK CORPORATION,          Case No. CV 08-1915-GHK (MANx)
    a Delaware corporation,
12                                  [PROPOSED] CONSENT
                                    JUDGMENT AND PERMANENT
13          Plaintiff,              INJUNCTION

14      v.

15  PROCOMP ELECTRONICS, INC.,      NOTE CHANGES MADE BY THE COURT.
    a California corporation
16
            Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

LAI-2941116v1

1    WHEREAS, Plaintiff Edelbrock Corporation ("Edelbrock") and Defendant

2  Procomp Electronics, Inc. ("Procomp") have agreed in a separate confidential

3  agreement to settlement of the matters in issue between them and to the entry of this

4  Consent Judgment and Permanent Injunction, it is hereby ORDERED, *based on the parties' stipulation and as*

5  ADJUDGED, AND DECREED THAT: *to these stipulating parties* *only*

6      1.    This is an action for: (1) federal trademark infringement, federal false

7  designation of origin, and unfair competition under section 43(a) of the Lanham Act,

8  as amended, 15 U.S.C. § 1051, *et seq.*; (2) statutory unfair competition under

9  California Business and Professions Code § 17200, *et seq.*; (3) common law

10  trademark infringement; (4) common law unfair competition; and (5) unjust

11  enrichment.

12      2.    This Court has jurisdiction over all of the parties in this action and over

13  the subject matter in issue based on 28 U.S.C. §§ 1331, 1338(a) and (b), and 1367(a),

14  as well as 15 U.S.C. § 1121(a).  This Court has continuing jurisdiction to enforce the

15  terms and provisions of this Consent Judgment and Permanent Injunction.  Venue is

16  also proper in this Court pursuant to 28 U.S.C. § 1391(b) and (c).

17      3.    Plaintiff Edelbrock is a Delaware corporation, having its principal place

18  of business at 2700 California Street, Torrance, California 90503.

19      4.    Defendant Procomp is a California corporation, having its principal

20  place of business at 605 S. Milliken Avenue, Unit A, Ontario, California 91761.

21      5.    For many years, and prior to the acts of Procomp complained of herein,

22  Edelbrock has manufactured, advertised, and/or sold in interstate commerce high-

23  quality automotive aftermarket performance parts, including, but not limited to,

24  intake manifolds, under distinctive trademarks, such as PERFORMER®,

25  TORKER®, and VICTOR JR™ (hereinafter collectively referred to as the

26  "Edelbrock Marks").  Edelbrock's products are characterized by their cutting-edge

27  designs, proven performance, and lasting durability.

28

1    6.    Edelbrock is the owner of and has the right to enforce United States
2  Trademark Registration No. 965,089 for TORKER® and United States Trademark
3  Registration No. 1,936,876 for PERFORMER®. Copies of the federal registrations
4  for these trademarks, which are valid and enforceable throughout the United States,
5  are attached hereto as Exhibits 1 & 2. These registrations remain in full force and
6  effect and are incontestable. Edelbrock also owns and enjoys common law
7  trademark rights in the mark VICTOR JR™.
8    7.    In 2005, Edelbrock became aware of Procomp's use of the marks
9  PERFORMER® and TORKER® in connection with manifolds as shown in
10  Procomp's 2005/2006 catalog and website. When Edelbrock demanded that
11  Procomp cease and desist using its registered trademarks, Procomp agreed to
12  immediately cease using the marks and to amend its catalog and website. Procomp
13  further alleged that there had not been any sale of manifolds under these marks and
14  that an explanation letter was sent to potential customers.
15    8.    Since the events in 2005, Procomp has again used the marks "Torker,"
16  "Performer," and "VJ" in a product list next to the product numbers of its own
17  manifolds.
18    9.    Procomp denies any wrongdoing but in order to resolve this dispute
19  agrees to the terms herein; and
20    10.    Edelbrock and Procomp have agreed to the following Consent Judgment
21  and Permanent Injunction subject to this Court's approval.
22    11.    United States law requires that an imported product be marked with the
23  country of origin. Procomp agrees to mark its products and associated packaging in
24  accordance with 19 U.S.C. §1304 regarding marking of imported articles and in
25  accordance with the Parties' confidential Settlement Agreement.
26    12.    Procomp and its officers, directors, employees, and attorneys, and all
27  persons in active concert and participation with them who receive actual notice of
28

LAI-2941116v1

- 3 -

1  this Consent Judgment and Permanent Injunction, are hereby permanently enjoined

2  from engaging in any of the following activities:

3            (a) using the Edelbrock Marks or any other mark, design, reproduction,

4  copy, or symbol that is a colorable imitation thereof, or confusingly similar thereto,

5  in connection with the manufacture, marketing, distribution, advertisement,

6  promotion, offering for sale, and/or sale of manifolds, automotive aftermarket

7  performance parts, or any goods or services not originating from or authorized by

8  Plaintiff Edelbrock;

9            (b) using the Edelbrock Marks or any other mark, design,

10  reproduction, copy, or symbol that is a colorable imitation thereof, in any manner

11  likely to cause confusion, to cause mistake, or to deceive the consuming public;

12            (c) representing in any manner that the Infringing Products originate

13  from, are affiliated with, or are sponsored, approved, or authorized by Edelbrock or

14  otherwise taking any action likely to cause confusion, mistake, or deception as to

15  the origin, approval, sponsorship, or certification of goods, services or other

16  products provided by Defendant;

17            (d) committing any acts calculated or likely to cause consumers to

18  believe that Procomp's products are Edelbrock's products or authorized Edelbrock

19  products unless they are such;

20            (e) infringing the Edelbrock Marks; and

21            (f) unfairly competing with Edelbrock in any manner.

22      13.    In the event either Edelbrock or Procomp or any related parties are

23  required to make application to this Court to enforce the terms of this Consent

24  Judgment or the parties' confidential Settlement Agreement, such prevailing party

25  shall be entitled to recover from the non-prevailing other party all reasonable attorney

26  fees and expenses related to such enforcement.

27      14.    This Court shall retain subject matter and personal jurisdiction over the

28  parties for the interpretation and enforcement for all purposes of the parties' said

LAI-2941116v1                                    - 4 -

1   confidential Settlement Agreement and this Consent Judgment and Permanent

2   Injunction.

3        15.   Service by mail upon Defendant, addressed to Peter Kencevski, 605 S.

4   Milliken Avenue, Unit A, Ontario, California 91761, of a copy of this Consent

5   Judgment and Permanent Injunction entered by the Court is deemed sufficient notice

6   under Federal Rule of Civil Procedure 65.  It shall not be necessary for Defendant to

7   sign any acknowledgement of service.

8

9

10   **IT IS SO ORDERED:**

11

12   Dated:     7/4    , 2008

13   By: _____

       United States District Court Judge

14

15   Approved as to form and content:

16   Dated:     July 2   , 2008     JONES DAY

17

18   By: _____

       Theodore S. Maceiko

19

20          Attorneys for Plaintiff

       EDELBROCK CORP.

21   Dated:     7-2   2008     CISLO & THOMAS LLP

22

23   By: _____

       Daniel M. Cislo

24          Kristin B. Kosinski

25          Attorneys for Defendant

       PROCOMP ELECTRONICS, INC.

26

27

28